IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Immanuel Lee,                                    :
                                                 :
            Plaintiff(s),                         :
                                                 :   Case Number: 1:17cv67
      vs.                                         :
                                                 :   Judge Susan J. Dlott
PNC Bank,                                        :
                                                 :
            Defendant(s).                         :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on May 1, 2017 (Doc. 8), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired May 15, 2017, hereby

ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is DISMISSED for want of prosecution and for failure to

obey a Court Order.  This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.



_____s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court